IN THE UNITED STATES COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| JUSTUS IRELAND,<br><br>Petitioner,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>Respondent. | MEMORANDUM DECISION AND ORDER GRANTING PETITIONER'S MOTION TO VOLUNTARILY WITHDRAW AND DISMISS CASE WITHOUT PREJUDICE<br><br><br><br>Civil Case No. 2:05-CV-827 TS<br>Criminal Case No. 2:04-CR-658 TS |

This matter is before the Court on Petitioner Justus Ireland's Motion to Voluntarily Withdraw and Dismiss § 2255 Without Prejudice, filed December 5, 2005. Petitioner, proceeding *pro se*, argues that the grounds of relief currently set forth by him in his § 2255 Motion are "improperly and insufficiently presented in his currently submitted and filed § 2255 motion, and that said motion omits other valid grounds which petitioner believes to be pertinent and of a substantive nature for address."[1] Petitioner states that he has "recently discovered several issues and factual findings" which need to be appropriately addressed, and wishes to have

---

[1] Motion at 1.

1

the opportunity to re-file his Motion, if applicable, once those issues are clarified. The Court will grant the Motion, but cautions Petitioner to be mindful of the one-year statute of limitations set forth in § 2255.

Based upon the above, it is hereby

ORDERED that Petitioner's Petition to Voluntarily Withdraw and Dismiss § 2255 Without Prejudice [Docket No. 5] is GRANTED. It is further

ORDERED that this case is DISMISSED, without prejudice. The Clerk of Court is directed to close this case forthwith.

DATED this 7th day of December, 2005.

BY THE COURT:

_____
TED STEWART
United States District Judge